IN RE:

RUSSELL RAY ENFINGER, JR.                CASE NO. 25-50218-KKS
TIFFANY LYNN ENFINGER,                  CHAPTER 11

      Debtors.
_____/

### SUMMARY OF BALLOTS AND COPIES OF BALLOTS RECEIVED

Please take notice of the filing of the summary of ballots and the copies of the ballot(s) received attached hereto.


Dated: March 30, 2026                */s/ Byron Wright III*
                                     Byron Wright III
                                     Florida Bar No. 118971
                                     Bruner Wright, P.A.
                                     2868 Remington Green Circle
                                     Suite B
                                     Tallahassee, FL  32308
                                     Office: (850) 385-0342
                                     Fax: (850) 270-2441

## **Summary of Ballots**

**Class #4**

Total Number of Claims Voting: 1
Total Number of Claims Accepting: 1
Total Dollar Amount of Claims Voting: $19,405.49
Total Dollar Amount of Claims Accepting: $19,405.49

<u>**CERTIFICATE OF SERVICE**</u>

I, Byron Wright III, hereby certify that a true and accurate copy of the above document was served on the following in the manner stated below:

**Served by the Court via Notice of Electronic Filing (NEF):** I have confirmed that the foregoing document was served by the Court via NEF on March 30, 2026 to the following person(s) at the email address(es) noted herein:

Jason H. Egan on behalf of U.S. Trustee United States Trustee
jason.h.egan@usdoj.gov

Daniel Etlinger
detlinger@underwoodmurray.com,
dstrand@underwoodmurray.com;detlinger@ecf.courtdrive.com;euzonwanne@un
derwoodmurray.com;jpatterson@underwoodmurray.com

Chad D. Heckman on behalf of Creditor Hello Credit Union f/k/a FLAG Credit Union
eservice@heckmanlawgroup.com

United States Trustee
USTPRegion21.TL.ECF@usdoj.gov

Giselle Velez on behalf of Creditor First Federal Bank
gvelez@raslg.com

Date: March 30, 2026                    */s/ Byron Wright III*
                                        Byron Wright III

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

IN RE:

RUSSELL RAY ENFINGER, JR. &amp;
TIFFANY LYNN ENFINGER,

CASE NO. 25-50218-KKS
CHAPTER 11

Debtors.

_____/

## BALLOT FOR ACCEPTING OR REJECTING DEBTORS'
## AMENDED CHAPTER 11 PLAN OF REORGANIZATION (ECF NO. 38)

The Debtors' Amended Chapter 11 Plan of Reorganization (the "Plan," ECF No. 38) can be confirmed by the Court and hereby made binding on you if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in numbers of claims in each class, who have voted. In the event that requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it. To have your vote counted, you must complete and return this ballot to: Bruner Wright, P.A., 2868 Remington Green Circle, Suite B, Tallahassee, FL 32308 OR via email to twright@brunerwright.com.

All ballots must be received on or before March 25, 2026. Any ballot received after this time will not be counted, unless otherwise allowed by the Court.

American Express National Bank , a creditor of Russell Enfinger Jr. and/or Tiffany Enfinger, and holder of Class _4_ claim in the unpaid principal of $19,405.49 _____ hereby:   Account Ending: 3000

[X] ACCEPTS THE PLAN

Dated: March 17, 2026

[ ] REJECTS THE PLAN

Printed: Kenneth W. Kleppinger
Title: Attorney/Agent for creditor
Address: c/o Becket &amp; Lee LLP, PO Box 3001
Malvern, PA 19355